UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE ZIEGLER-ALLISON,

       Plaintiff,

                                                   Case No. 04-CV-74505

v.

                                                   HONORABLE AVERN COHN

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## **JUDGMENT**

      Pursuant to an Order entered in this case on this date, denying summary judgment for defendant and granting in part and denying in part summary judgment to the plaintiff in the above matter,

      JUDGMENT is hereby entered for plaintiff and the above matter is DISMISSED.

Entered this 22nd day of November, 2005, in Detroit, Michigan.

                                                   s/Avern Cohn
                                                   AVERN COHN
                                                   UNITED STATES DISTRICT JUDGE

---

**CERTIFICATE OF MAILING**

      I certify that a copy of this order and judgment was served upon, on this date by ordinary mail and/or electronic filing.

                                                   s/Julie Owens
                                                 Case Manager